**Adrian L. WASHINGTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73248.**

Missouri Court of Appeals,
Western District.

Jan. 24, 2012.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Adrian Washington appeals the Jackson County Circuit Court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Washington alleges that his trial counsel provided ineffective assistance of counsel when he failed to investigate and call Toni Hall as a defense witness at trial to impeach the credibility of a witness who identified him as the shooter in a murder. We affirm. Rule 84.16(b).